IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HDI GLOBAL SPECIALTY,

    Plaintiff,

v.                                                                              Civ. No. 19-847 CG/GBW

HARLO DYNEK and SUMMIT
BUILDING AND DEVELOPMENT, LLC,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon review of the record. On February 7, 2020, the Court issued an Order directing Plaintiff to show cause why his complaint should not be dismissed for failure to prosecute his case and effect service on Defendant Country Club Estates, LTD., LLC. *Doc. 5*. The Court observed that Defendant Country Club Estates had never been served and that, in addition, the remaining Defendants had failed to file responsive pleadings within the time allotted by the Federal Rules.

That same day, Plaintiff filed a notice that its claims against Defendant Country Club Estate, LTD., LLC, had been voluntarily dismissed with prejudice. *Doc. 6*. Plaintiff further indicated that it would "continue to prosecute its claims against the remaining defendants." *Id*. On February 10, 2020, Defendants Harlo Dynek and Summit Building and Development, LLC, filed their Answer and Counterclaim to the Complaint. *Doc. 7*.

Plaintiff has yet to file a formal response to the Court's Order to Show Cause (*doc. 5*). However, because all parties promptly remedied the defects noted in the Order, the Court sees no need to require further filings. The Order to Show Cause (*doc. 5*) is therefore QUASHED.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE